**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6462**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIE JOHNSON, a/k/a Ace,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cr-00016-JPB-JPM-23)

Submitted:  July 25, 2023                                        Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Johnson, Appellant Pro Se.  Carly Cordero Nogay, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Johnson appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and his motion for reconsideration. We review a district court's order denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). We have reviewed the record and conclude that the district court did not abuse its discretion. Accordingly, we affirm the district court's orders. *United States v. Johnson*, No. 5:20-cr-00016-JPB-JPM-23 (N.D.W. Va. Apr. 17 & 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*